UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                  Plaintiff,

        v.

AKWASI AWUAH DONKOR,
a.k.a. AWUAH DONKOR,
a.k.a. EMMANUEL OWUSU-ANSAH,
a.k.a. KWASI AWUAH KWARTENG,

                  Defendant.

**CONSENT JUDGMENT
REVOKING NATURALIZATION**

Civil Action No.
19-cv-7120 (AMD)

-------------------------------------------------------------------x

WHEREUPON the Court, having considered the Complaint to Revoke Naturalization ("Complaint") filed by plaintiff the United States of America ("United States") on December 19, 2019, against defendant Akwasi Awuah Donkor, a.k.a. Awuah Donkor, a.k.a. Emmanuel Owusu-Ansah, a.k.a. Kwasi Awuah Kwarteng ("Defendant"); this Court's subject matter jurisdiction pursuant to 8 U.S.C. § 1451(a), and 28 U.S.C. §§ 1331 and 1345; the Joint Motion for Consent Judgment ("Joint Motion") filed by the parties; the fact that Defendant has had the opportunity to be advised by counsel; and Defendant's admission that he procured naturalization illegally as described in Counts I, II and IV of the Complaint and in the Joint Motion;

IT is hereby ORDERED, ADJUDGED, AND DECREED as follows:

(1)     The Joint Motion is GRANTED, and in accordance with the Joint Motion, judgment is ENTERED in favor of the United States and against Defendant;

(2)     The Court FINDS and DECLARES that Defendant illegally procured his United States citizenship in violation of 8 U.S.C. § 1451(a);

(3)     The order admitting Defendant to United States citizenship is REVOKED

*United States v. Donkor,* **No. 19-cv-7120 (AMD) (E.D.N.Y.)**
**[Proposed] Consent Judgment Revoking Naturalization**
**Page 2**

and SET ASIDE, as of the original date of the order, September 2, 2004;

(4)     Certificate of Naturalization No. 27900371 is CANCELLED, effective as of its date of issuance, September 2, 2004;

(5)     Defendant is RESTRAINED and ENJOINED from claiming, going forward, any rights, privileges, benefits, or advantages under any document evidencing United States citizenship obtained as a result of his September 2, 2004 naturalization;

(6)     Defendant SHALL, within twenty-one (21) days of the so-ordering of this Consent Judgment Revoking Naturalization surrender and deliver to counsel for the United States, by sending via trackable courier to Layaliza Soloveichik, Assistant U.S. Attorney, 271-A Cadman Plaza East, Brooklyn, New York, 11201, the following:

> (a)     Defendant's Certificate of Naturalization No. 27900371, as well as any copies thereof, in his possession or control;
>
> (b)     Defendant's United States passports and passport cards, as well as any copies thereof, in his possession or control; and
>
> (c)     Any other indicia of Defendant's United States citizenship obtained as a result of his September 2, 2004 naturalization, as well as any copies thereof, in his possession or control; and

(7)     The parties shall appear for a compliance hearing on _____May 2_____, 2023, at ___2:30 p.m.___, at which Defendant must demonstrate compliance with the previous paragraph, unless Defendant's counsel provides the Court with prior written notice that Defendant possesses no other indicia of citizenship aside from those surrendered within 21 days of the so-ordering of this Consent Judgment Revoking Naturalization.

*United States v. Donkor,* **No. 19-cv-7120 (AMD) (E.D.N.Y.)**
**[Proposed] Consent Judgment Revoking Naturalization**
**Page  3**


SO ORDERED this
__27__ day of __February__, 2023


                                             s/Ann M. Donnelly
                                    _____
                                    HONORABLE ANN M. DONNELLY
                                    United States District Judge
                                    Eastern District of New York